# EXHIBIT 4



Kelly Murawski <murawski@spplaw.com>

# Re: 20CV200826
1 message

**Meghan Acierto** <macierto@loraincounty.us>  Fri, May 15, 2020 at 12:12 PM
To: Kelly Murawski <murawski@spplaw.com>

I'm sorry, I still have not received those documents.

Meghan Acierto

Office of Tom Orlando, Lorain County Clerk of Courts

225 Court Street, Elyria, OH 44035-5512

Phone: 440-329-5537

Fax: 440-329-5400

Email: macierto@loraincounty.us

LorainCounty.us/Clerk

_____
From: Kelly Murawski <murawski@spplaw.com>
Sent: Friday, May 15, 2020 12:04:27 PM
To: Meghan Acierto
Subject: Re: 20CV200826

Hi Ms. Acierto:

I'm following up to see if since the last time I reached out, whether you have access to any additional documents filed in case no. 20CV200826. We are specifically interested the following motions (which are highlighted on the attached register of actions and which I'm listing below):

5/7: Plaintiff's motion for court order designating process server to serve out-of-state subpoenas
5/7: Plaintiff's motion for default judgment
5/8: Plaintiff's motion to compel AT&T to comply with his subpoena

If you don't have access to them, I completely understand. Since our office has filed a notice of removal of this case to the ND of Ohio, we just want to make sure we provide the federal court with copies of everything we can from the case when it was filed in the Lorain county court of common pleas. Thanks again for all of your help obtaining documents in this case. I really appreciate your time and willingness to help.

Sincerely,

Kelly Murawski
Salvatore Prescott Porter & Porter, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711<tel:%28248%29%20679-8711> (t)
(248) 773-7280<tel:%28248%29%20773-7280> (f)

[https://docs.google.com/uc?export=download&id=10pfgmgZbGnBROZ6Jw-C9xxEQCwT7cR4X&revid=0BwA2tednita4QTFjanlLUHk5RWhMeDVNOGhYWjVUQ3RZUk4wPQ]

http://www.spplawyers.com<http://www.spplawyers.com/>

Like us on Facebook <https://www.facebook.com/Salvatore-Prescott-Porter-PLLC-181159998928647/?ref=aymt_homepage_panel>

This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@spplawyers.com<mailto:info@spplawyers.com> and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.

On Mon, May 11, 2020 at 2:59 PM Meghan Acierto <macierto@loraincounty.us<mailto:macierto@loraincounty.us>> wrote:

Unfortunately I do not have that document. I sent you everything that I have in the file at this time.

Meghan Acierto

Office of Tom Orlando, Lorain County Clerk of Courts

225 Court Street, Elyria, OH 44035-5512

Phone: 440-329-5537

Fax: 440-329-5400

Email: macierto@loraincounty.us<mailto:macierto@loraincounty.us>

LorainCounty.us/Clerk

_____
From: Kelly Murawski <murawski@spplaw.com<mailto:murawski@spplaw.com>>
Sent: Monday, May 11, 2020 2:54:26 PM
To: Meghan Acierto
Subject: Re: 20CV200826

Thank you, Ms. Acierto. On the docket sheet, it looks like the defendant filed a motion for default judgement in this case last week - would you be able to send us that as well?

Sincerely,

Kelly Murawski
Salvatore Prescott Porter & Porter, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711<tel:%28248%29%20679-8711> (t)
(248) 773-7280<tel:%28248%29%20773-7280> (f)

[https://docs.google.com/uc?export=download&id=10pfgmgZbGnBROZ6Jw-C9xxEQCwT7cR4X&revid=0BwA2tednita4QTFjanlLUHk5RWhMeDVNOGhYWjVUQ3RZUk4wPQ]

http://www.spplawyers.com<http://www.spplawyers.com/>

Like us on Facebook <https://www.facebook.com/Salvatore-Prescott-Porter-PLLC-181159998928647/?ref=aymt_homepage_panel>

This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@spplawyers.com<mailto:info@spplawyers.com><mailto:info@spplawyers.com<mailto:info@spplawyers.com>> and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.

On Mon, May 11, 2020 at 1:39 PM Meghan Acierto <macierto@loraincounty.us<mailto:macierto@loraincounty.us><mailto:macierto@loraincounty.us<mailto:macierto@loraincounty.us>>> wrote:

Meghan Acierto

Office of Tom Orlando, Lorain County Clerk of Courts

225 Court Street, Elyria, OH 44035-5512

Phone: 440-329-5537

Fax: 440-329-5400

Email: macierto@loraincounty.us<mailto:macierto@loraincounty.us><mailto:macierto@loraincounty.us<mailto:macierto@loraincounty.us>>

LorainCounty.us/Clerk

_____
From: Clerk Test
Sent: Monday, May 11, 2020 1:34 PM
To: Meghan Acierto
Subject: Message from "RNP0026737D8706"

This E-mail was sent from "RNP0026737D8706" (Aficio MP 7502).

Scan Date: 05.11.2020 13:34:15 (-0400)
Queries to: clerkhelp@loraincounty.us<mailto:clerkhelp@loraincounty.us><mailto:clerkhelp@loraincounty.us<mailto:clerkhelp@loraincounty.us>>



Kelly Murawski <murawski@sppplaw.com>

# 20CV200826
1 message

**Meghan Acierto** <macierto@loraincounty.us>     Mon, May 11, 2020 at 1:39 PM
To: "murawski@spplawyers.com" <murawski@spplawyers.com>

Meghan Acierto

Office of Tom Orlando, Lorain County Clerk of Courts

225 Court Street, Elyria, OH 44035-5512

Phone: 440-329-5537

Fax: 440-329-5400

Email: macierto@loraincounty.us

LorainCounty.us/Clerk

_____

From: Clerk Test
Sent: Monday, May 11, 2020 1:34 PM
To: Meghan Acierto
Subject: Message from "RNP0026737D8706"

This E-mail was sent from "RNP0026737D8706" (Aficio MP 7502).

Scan Date: 05.11.2020 13:34:15 (-0400)
Queries to: clerkhelp@loraincounty.us


**202005111334.pdf**
1927K



Kelly Murawski <murawski@spplaw.com>

## Re: 20CV200826
1 message

**Kelly Murawski** <murawski@spplaw.com>  Mon, May 11, 2020 at 12:32 PM
To: Meghan Acierto <macierto@loraincounty.us>

We are hoping to obtain copies of all documents filed subsequent to the complaint. We haven't received any of these documents from Plaintiff's counsel. Thanks again for your assistance.

Sincerely,

**Kelly Murawski**
**Salvatore Prescott Porter & Porter, PLLC**
105 E. Main Street
Northville, MI 48167
(248) 679-8711 (t)
(248) 773-7280 (f)



http://www.spplawyers.com

Like us on Facebook

*This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@spplawyers.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

On Mon, May 11, 2020 at 12:30 PM Meghan Acierto <macierto@loraincounty.us> wrote:
> What documents is it you are looking for?
>
> Meghan Acierto
>
> Office of Tom Orlando, Lorain County Clerk of Courts
>
> 225 Court Street, Elyria, OH 44035-5512
>
> Phone: 440-329-5537
>
> Fax: 440-329-5400
>
> Email: macierto@loraincounty.us
>
> LorainCounty.us/Clerk
>
> _____
> **From:** Kelly Murawski <murawski@spplaw.com>
> **Sent:** Monday, May 11, 2020 12:27:59 PM

To: Meghan Acierto
Subject: Re: 20CV200826

Hi Ms. Acierto:

==You sent me a copy of the complaint in case no. 20CV200826 last week (thank you again for doing so!). I'm hoping you might be able to help me to obtain copies of the other documents filed in this case?== Please feel free to forward my email if there is someone else at your office that handles these requests. Our office filed on Friday a notice of removal of this case to the Northern District of Ohio on behalf of the Defendant (I just received a FedEx confirmation that a copy has been delivered to the Lorain County Court of Common Pleas within the past hour). We requested a copy of all documents filed in this case from Plaintiff's counsel, but so far, they have been non-responsive to our request and we want to make sure we don't miss anything. Thanks again for your assistance!

Sincerely,

Kelly Murawski
Salvatore Prescott Porter & Porter, PLLC
105 E. Main Street
Northville, MI 48167
(248) 679-8711<tel:%28248%29%20679-8711> (t)
(248) 773-7280<tel:%28248%29%20773-7280> (f)

[https://docs.google.com/uc?export=download&id=10pfgmgZbGnBROZ6Jw-C9xxEQCwT7cR4X&revid=0BwA2tednita4QTFjanlLUHk5RWhMeDVNOGhYWjVUQ3RZUk4wPQ]

http://www.spplawyers.com<http://www.spplawyers.com/>

Like us on Facebook <https://www.facebook.com/Salvatore-Prescott-Porter-PLLC-181159998928647/?ref=aymt_homepage_panel>

This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@spplawyers.com<mailto:info@spplawyers.com> and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.

On Mon, May 4, 2020 at 9:09 AM Meghan Acierto <macierto@loraincounty.us<mailto:macierto@loraincounty.us>> wrote:

Meghan Acierto

Office of Tom Orlando, Lorain County Clerk of Courts

225 Court Street, Elyria, OH 44035-5512

Phone: 440-329-5537

Fax: 440-329-5400

Email: macierto@loraincounty.us<mailto:macierto@loraincounty.us>

LorainCounty.us/Clerk

_____
From: Clerk Test
Sent: Monday, May 4, 2020 9:03 AM
To: Meghan Acierto
Subject: 20CV200826

This E-mail was sent from "RNP0026737D8706" (Aficio MP 7502).