| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖ barcode ‖‖‖‖‖‖‖‖<br>9590 9266 9404 2159 6265 35 | A. Signature<br>X /s/ C-1- P8 ☐ Agent ☐ Addres<br>B. Received by (Printed Name) C. Date of Deliver<br>J Doe 4/7/20<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>20CV200826<br>~~[redacted]~~<br>15524 DON ROBERTO RD<br>VICTORVILLE<br>CA 92394  *Victorville, CA*<br>*Verified Complaint, etc.* | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information<br>ENTERED |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9404 2159 6265 32 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Rece |

EXHIBIT C