IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO.: 1:20-cv-01002 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | **PLAINTIFF'S MOTION TO FILE** |
| | ) | **UNDER SEAL HIS NOTICE OF PROOF** |
| JANE DOE, | ) | **OF EXECUTED SERVICE ON** |
| | ) | **DEFENDANT** |
| Defendant. | ) | |

Now comes Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an Order permitting him to file under seal, his Notice of Proof of Executed Service on Defendant in order to protect Defendant's identity from being publicly disclosed. In response to this Honorable Court's May 29, 2020 Order directing Plaintiff to show proof of executed service on Defendant, Plaintiff intends to file a certified copy of the certified mail receipt that was personally addressed to Defendant using her legal name and reflecting that said certified mail article was signed for and received on April 7, 2020. Plaintiff's counsel obtained a certified copy of the certified mail receipt from the Lorain County Court of Common Pleas Clerk of Court who docketed receiving said signed receipt for certified mail on April 10, 2020.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully moves this Honorable Court for an Order permitting him to file his Notice of Proof of Executed Service under seal.

Respectfully Submitted,

/s/ Brian A. Murray
LARRY W. ZUKERMAN, Esq. (0029498)
S. MICHAEL LEAR, Esq. (0041544)
BRIAN A. MURRAY, Esq. (0079741)
ADAM M. BROWN, Esq. (0092209)

        Zukerman, Lear & Murray Co. L.P.A.
        3912 Prospect Ave. East
        Cleveland, Ohio 44115
        (216) 696-0900 telephone
        (216) 696-8800 facsimile
        lwz@zukerman-law.com
        sml@zukerman-law.com
        bam@zukerman-law.com
        amb@zukerman-law.com
        Counsel for Plaintiff John Doe

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the forgoing Motion was filed electronically on this 1st day of June 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the document via the Court's electronic filing system.

        /s/ Brian A. Murray
        BRIAN A. MURRAY, Esq.