UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | | |
|---|---|---|
| JOHN DOE, | : | CASE NO. 1:20-cv-1002 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ORDER |
| | : | |
| JANE DOE, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 12, 2020, Plaintiff John Doe sued Defendant Jane Doe in the Lorain County Court of Common Pleas.[1]  On May 8, 2020, Defendant removed the case to this Court.[2]

Federal Rule of Civil Procedure 10 requires complaints to state the parties' names.[3] Only in limited circumstances may a court permit the parties to proceed pseudonymously.[4] Unless the parties seek this permission, however, federal courts lack jurisdiction over the unnamed parties.[5]  Here, neither party has requested permission to proceed under pseudonyms.

The Court hereby **ORDERS** both parties to file briefing on whether they can proceed anonymously.  Both parties' briefs are due within seven calendar days.

---

[1] Doc. 1-1.
[2] Doc. 1.
[3] Fed. R. Civ. P. 10(a);  see Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004) ("As a general matter, a complaint must state the names of all parties.").
[4] Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004) (listing circumstances which may warrant pseudonymous litigation).
[5] Nat'l Commodity & Barter Ass'n, Nat'l Commodity Exch. V. Gibbs, 886 F.2d 1240, 1245 (10th Cir. 1989); see also Citizens for a Strong Ohio v. Marsh, 123 F. App'x 630, 637 (6th Cir. 2005) (citing Nat'l Commodity, 866 F.2d at 1245).

Case Nos. 1:20-cv-1002
Gwin, J.

IT IS SO ORDERED

Dated:  June 3, 2020

s/     James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

-2-