Motion for leave to file mutual release of all claims under seal granted 9/9/2020.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON SIRES, | : | CASE NO. 1:20-cv-1002 |
| | : | |
| Plaintiff, | : | JUDGE JAMES GWIN |
| | : | |
| v. | : | **MOTION FOR LEAVE TO** |
| | : | **FILE MUTUAL RELEASE OF** |
| LAUREN FITTS, | : | **ALL CLAIMS UNDER SEAL** |
| | : | |
| Defendant. | : | |

Now Comes the Plaintiff, by and through undersigned counsel, Larry W. Zukerman, Esq., and respectfully moves this Honorable Court to issue an Order permitting him to file under seal the parties' Mutual Release of All Claims, by agreement of the parties, and as referenced in Plaintiff's previously filed *Unopposed Motion to Dismiss With Prejudice*.

WHEREFORE, the Plaintiff, by and through his undersigned counsel, respectfully requests this Honorable Court to enter an Order permitting him to file under seal the parties' Mutual Release of All Claims.

Respectfully Submitted,

/s/ Larry W. Zukerman
LARRY W. ZUKERMAN, Esq. (0029498)
Zukerman, Lear & Murray, Co., L.P.A.
3912 Prospect Ave. East
Cleveland, Ohio 44115
(216) 696-0900 telephone
lwz@zukerman-law.com
Counsel for Brandon Sires